## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE: <br> Kristine M. Alexander <br> Debtor | Chapter 13 <br> Case No: 13-15394-FJB |

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY AND FOR SUBSTITUTION OF COUNSEL

Now comes Michael Swain, Esquire and hereby moves that, subject to the approval of the Court, Attorney Michael Swain substitutes Timothy Larson as counsel of record for MTGLQ Investors, LP.

As successor counsel is contemporaneously herewith entering his appearance, movant would ask that he be exempt from the requirements of MLBR 9201-3(b) which would require him to serve the order permitting this motion on all parties in interest.

Respectfully submitted,
/s/ Michael E. Swain
Michael Swain, Esquire
BBO#676513
ORLANS PC
P.O. Box 540540
Waltham, MA 02454
781.790.7800
bankruptcyNE@orlans.com

Dated: January 31, 2018

Respectfully submitted,
/s/ Timothy Larson
Timothy Larson, Esquire
BBO#672791
HARMON LAW OFFICES, P.C.
150 California St.
Newton Highlands, MA 02458
617.558.0500
mabk@harmonlaw.com

Dated: January 31, 2018

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:                                              Chapter 13
                                                    Case No. 13-15394-FJB
Kristene M. Alexander

    Debtor
_____/

**CERTIFICATE OF SERVICE**

    I, Michael Swain, Attorney, of Orlans PC, do hereby certify that on January 31, 2018, I caused to be served a copy of the Motion to Withdraw and Substitute on the service list below by first class mail, postage prepaid or other method specified on service list.

    /s/ Michael E. Swain_____
    Michael Swain, Esq. 676513
    Orlans PC
    PO Box 540540
    Waltham, MA 02454
    (781) 790-7800
    Email: bankruptcyNE@orlans.com
    File Number: 13-013718

VIA US MAIL

Kristene M. Alexander
5 Tremont Street
Beverly, MA 01915

Scott C. Stanford
5 Tremont Street
Beverly, MA 01915

VIA ECF
Anthony Frate on behalf of Debtor
John Fitzgerald, Assistant U.S. Trustee
Carolyn Bankowski, Chapter 13 Trustee